UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Cause No. 1:19-CR-2-HAB |
| ) | |
| CALVIN JONES ) | |

## OPINION AND ORDER

This matter is before the Court on Defendant's Motion to Suppress, filed on October 26, 2020. (ECF No. 118). The factual predicate for the motion was Defendant's assertion that two envelopes, mailed on January 17, 2018, and January 29, 2018, were seized by law enforcement without a warrant. The Government responded on January 8, 2021 (ECF No. 128), stating that, in fact, those seizures were authorized by properly issued warrants. Defendant failed to file a reply. As a result, no factual challenge has been made to the existence of the warrants, nor has there been any argument that suppression is warranted in the face of the warrants.

Considering Defendant's apparent abandonment of his motion, Defendant's Motion to Suppress (ECF No. 118) is DENIED.

SO ORDERED on February 2, 2021.

    s/ Holly A. Brady
JUDGE HOLLY A. BRADY
UNITED STATES DISTRICT COURT